# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO Division

In re: **Mikel D. Mathias**
**Shari M. Mathias**

Case No: **07-18419**

Chapter: **13**

Property Address: **1778 E. 14th Road, Streator, IL 61364**

Last four digits of any number you use to
Identify the debtor's account: **3575**

Court Claim No. (if known)

## STATEMENT IN RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed. R. Bankr. Proc. 3002

**FIRST STATE BANK**

("Creditor") hereby responds to that certain Notice of Final Cure Payment ("Cure Notice") dated **10/19/2012** and filed as Docket No. 42

### Pre-Petition Default Payments

[√] Agrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim

[ ] Disagrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim and states that the total amount due to cure pre-petition arrears is:

Total Amount Due: **$0.00**

Attached as Schedule of Amounts Outstanding on Prepetition Claim is an itemized account of the pre-petition amounts that remain unpaid as of the date of this statement.

### Post-Petition Default Payments

[ ] Agrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5) of the Bankruptcy Code.

[√] Disagrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5), and states that the total amount due to cure post-petition arrears is:

Total Amount Due: **$2,250.09**

Attached as Schedule of Amounts Outstanding Post-Petition Claim is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice. The amounts outstanding identified on the Schedule do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filing, or prosecution of this statement.

The amounts due identified on this statement may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected on the NDC but which have not yet been received and/or processed by Creditor.

The person completing this statement must sign it. Sign and print your name and your title (if any), and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box

☐ I am the Creditor

☑ I am the Creditor's authorized agent. (Attach copy of power of attorney, if any).

I declare under penalty of perjury that the information provided in this Statement in Response to Notice of Final Cure Payment is true and correct to the best of my knowledge, information and reasonable belief.

X   /S/ Raymond R. Nolasco
    Signature

X   11/08/2012
    Date (MM/DD/YYYY)

| | | | | |
|---|---|---|---|---|
| First Name: | Raymond | Middle Name: | R. | Last Name: Nolasco |
| Title: | Attorney | | | |
| Company: | Law Firm of Raymond R. Nolasco | | | |
| Address: | 3815 Progress Blvd., Suite A | | | |
| City: | Peru | State: | IL | Zip: 61354 |
| Phone: | 815-224-8157 | | | |

**Schedule of Amounts Outstanding Pre-Petition Claim**

**Schedule of Amounts Outstanding Pre-Petition Claim**

## Schedule of Amounts Outstanding Post-Petition Claim

| Description of Payments | As of Today's Date | Total Amount Due |
|---|---|---|
| Payments: 05/2012<br>1 payment of $176.04 each | 11-08-2012 | $176.04 |
| Payments: 06/2012 to 10/2012<br>5 payments of $414.81 each | 11-08-2012 | $2,074.05 |

## Certificate of Service

I hereby certify that a copy of the foregoing Statement in Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date: 11/08/2012

| | |
|---|---|
| Chapter 13 Trustee: | Glenn Stearns |
| Trustee Address: | ---- |
| Trustee Email: | via ECF |
| Debtor's Counsel Name: | Scheinbaum & West |
| Debtor's Counsel Address | ---- |
| Debtor's Counsel Email: | via ECF |
| Debtor 1 Name: | Mikel D. Mathias |
| Debtor 2 Name: | Shari M. Mathias |
| Debtor's Mailing Address: | 1778 E. 14th Road, Streator, IL 61364 |
| Debtor's Email: | ---- |

/s/ Raymond R. Nolasco

```
First State Bank                -LOAN HISTORY RECORD-           LN3650
11/08/12                        --REQUEST--                     PAGE   1

LOAN#-   1013575   MADE- 3/23/07  AMT-    50000.00  CALRP-1EA
TERM-180 PMTS-    414.81 RATE-   3.7500              OFF-MAK
TYPE-RE COM ADJ 365/360    NEXT DUE 4/23/12  LPMTDT- 10/24/12
  BANK DISCOUNT           .00 DEALER DISCOUNT       .00
  BANK REBATE             .00 DEALER REBATE         .00
  CREDIT LIFE INS         .00 A & H INSURANCE       .00
  CR. LIFE REBATE         .00 A & H REBATE          .00
 PD10-  1      PD30-  1      PD60-  3      PD90-  1
       JR MTG DTD3/23/07 1778 E 14TH RD STREATOR IL 61364

-----------------------------------------------------------------
SHO N GO PERFORMANCE, INC.        RENEW      EXT
1778 E 14TH RD                   # GUARNTR        DEALER #
STREATOR IL   61364               HOME PH 815-673-5888
                                  BUS PH  815-673-5959
                                  SS  #   ████████
                                  CIF #   S800801
-----------------------------------------------------------------
 POSTED   T/C     AMOUNT     BALANCE   DUE FOR
 3/27/07  921       48.61        .00   4/23/07  EFFECTIVE DATE DEBIT INT. ADJ.
 3/27/07   15   50,000.00   50,000.00  4/23/07  PRINCIPAL ADVANCE
 3/27/07  880      503.66   50,000.00           PAYMENT AMOUNT
 5/08/07  804       25.18   50,000.00           LATE CHARGE ASSESSED
 6/07/07  804       25.18   50,000.00           LATE CHARGE ASSESSED
 6/25/07   10      528.84   50,000.00  4/23/07  REGULAR PAYMENT-WITH COMPUTER SPLIT
 6/25/07  912      528.84   50,000.00  4/23/07  INTEREST PAYMENT SPLIT OUT
 6/25/07  885       25.18   50,000.00           ENDING PARTIAL PAY AMOUNT
 7/09/07  804       25.18   50,000.00           LATE CHARGE ASSESSED
 8/07/07  804       25.18   50,000.00           LATE CHARGE ASSESSED
 8/10/07   10      503.66   50,000.00  5/23/07  REGULAR PAYMENT-WITH COMPUTER SPLIT
 8/10/07  912      503.66   50,000.00  5/23/07  INTEREST PAYMENT SPLIT OUT
 9/07/07  804       25.18   50,000.00           LATE CHARGE ASSESSED
10/09/07  804       25.18   50,000.00           LATE CHARGE ASSESSED
10/23/07   10      503.66   50,000.00  6/23/07  REGULAR PAYMENT-WITH COMPUTER SPLIT
10/23/07  912      503.66   50,000.00  6/23/07  INTEREST PAYMENT SPLIT OUT
11/07/07  804       25.18   50,000.00           LATE CHARGE ASSESSED
11/30/07   10      503.66   50,000.00  7/23/07  REGULAR PAYMENT-WITH COMPUTER SPLIT
11/30/07  912      503.66   50,000.00  7/23/07  INTEREST PAYMENT SPLIT OUT
12/10/07  804       25.18   50,000.00           LATE CHARGE ASSESSED
12/27/07   10      503.66   50,000.00  8/23/07  REGULAR PAYMENT-WITH COMPUTER SPLIT
12/27/07  912      503.66   50,000.00  8/23/07  INTEREST PAYMENT SPLIT OUT
 1/07/08  804       25.18   50,000.00           LATE CHARGE ASSESSED
 1/25/08   10      503.66   50,000.00  9/23/07  REGULAR PAYMENT-WITH COMPUTER SPLIT
 1/25/08  912      503.66   50,000.00  9/23/07  INTEREST PAYMENT SPLIT OUT
 2/07/08  804       25.18   50,000.00           LATE CHARGE ASSESSED
 2/22/08   10      503.66   50,000.00 10/23/07  REGULAR PAYMENT-WITH COMPUTER SPLIT
 2/22/08  912      503.66   50,000.00 10/23/07  INTEREST PAYMENT SPLIT OUT
 3/10/08  804       25.18   50,000.00           LATE CHARGE ASSESSED
 4/03/08   10      503.66   50,000.00 11/23/07  REGULAR PAYMENT-WITH COMPUTER SPLIT
 4/03/08  912      503.66   50,000.00 11/23/07  INTEREST PAYMENT SPLIT OUT
 4/07/08  804       25.18   50,000.00           LATE CHARGE ASSESSED
 5/08/08  804       25.18   50,000.00           LATE CHARGE ASSESSED
 5/15/08   10      503.66   50,000.00 12/23/07  REGULAR PAYMENT-WITH COMPUTER SPLIT
 5/15/08  912      503.66   50,000.00 12/23/07  INTEREST PAYMENT SPLIT OUT
 6/09/08  804       25.18   50,000.00           LATE CHARGE ASSESSED
 6/12/08   10      503.66   50,000.00  1/23/08  REGULAR PAYMENT-WITH COMPUTER SPLIT
```

```
First State Bank              -LOAN HISTORY RECORD-        LN3650

11/08/12                --REQUEST--                 PAGE   2


LOAN#-    1013575   MADE- 3/23/07  AMT-    50000.00  CALRP-1EA
TERM-180 PMTS-   414.81 RATE-  3.7500               OFF-MAK
-----------------------------------------------------------------
  POSTED    T/C      AMOUNT       BALANCE      DUE FOR
  6/12/08   912      503.66      50,000.00     1/23/08   INTEREST PAYMENT SPLIT OUT
  7/08/08   804       25.18      50,000.00               LATE CHARGE ASSESSED
  7/10/08    10      503.66      50,000.00     2/23/08   REGULAR PAYMENT-WITH COMPUTER SPLIT
  7/10/08   912      503.66      50,000.00     2/23/08   INTEREST PAYMENT SPLIT OUT
  7/21/08    10       84.04      50,000.00     3/23/08   REGULAR PAYMENT-WITH COMPUTER SPLIT
  7/21/08   912       84.04      50,000.00     3/23/08   INTEREST PAYMENT SPLIT OUT
  7/21/08   885      109.22      50,000.00               ENDING PARTIAL PAY AMOUNT
  8/07/08   804       25.18      50,000.00               LATE CHARGE ASSESSED
  8/08/08    10      503.66      50,000.00     3/23/08   REGULAR PAYMENT-WITH COMPUTER SPLIT
  8/08/08   912      475.52      50,000.00     3/23/08   INTEREST PAYMENT SPLIT OUT
  8/08/08   914       28.14      49,971.86     3/23/08   PRINCIPAL PAYMENT SPLIT OUT
  8/27/08     7       44.61      49,927.25     4/23/08   PRINCIPAL ONLY PAYMENT NO DATE BUMP
  9/04/08    10      503.66      49,927.25     4/23/08   REGULAR PAYMENT-WITH COMPUTER SPLIT
  9/04/08   912      327.85      49,927.25     4/23/08   INTEREST PAYMENT SPLIT OUT
  9/04/08   914      175.81      49,751.44     4/23/08   PRINCIPAL PAYMENT SPLIT OUT
  9/08/08   804       25.18      49,751.44               LATE CHARGE ASSESSED
 10/03/08    10      503.66      49,751.44     5/23/08   REGULAR PAYMENT-WITH COMPUTER SPLIT
 10/03/08   912      350.68      49,751.44     5/23/08   INTEREST PAYMENT SPLIT OUT
 10/03/08   914      152.98      49,598.46     5/23/08   PRINCIPAL PAYMENT SPLIT OUT
 10/08/08   804       25.18      49,598.46               LATE CHARGE ASSESSED
 10/20/08     7       90.31      49,508.15     6/23/08   PRINCIPAL ONLY PAYMENT NO DATE BUMP
 11/07/08   804       25.18      49,508.15               LATE CHARGE ASSESSED
 11/18/08    10       45.35      49,508.15     6/23/08   REGULAR PAYMENT-WITH COMPUTER SPLIT
 11/18/08   912       45.35      49,508.15     6/23/08   INTEREST PAYMENT SPLIT OUT
 11/18/08   885      154.57      49,508.15               ENDING PARTIAL PAY AMOUNT
 11/26/08    10      503.66      49,508.15     6/23/08   REGULAR PAYMENT-WITH COMPUTER SPLIT
 11/26/08   912      503.66      49,508.15     6/23/08   INTEREST PAYMENT SPLIT OUT
 12/08/08   804       25.18      49,508.15               LATE CHARGE ASSESSED
 12/12/08    10       45.35      49,508.15     7/23/08   REGULAR PAYMENT-WITH COMPUTER SPLIT
 12/12/08   912       45.35      49,508.15     7/23/08   INTEREST PAYMENT SPLIT OUT
 12/12/08   885      199.92      49,508.15               ENDING PARTIAL PAY AMOUNT
 12/24/08    10      503.66      49,508.15     7/23/08   REGULAR PAYMENT-WITH COMPUTER SPLIT
 12/24/08   912      392.74      49,508.15     7/23/08   INTEREST PAYMENT SPLIT OUT
 12/24/08   914      110.92      49,397.23     7/23/08   PRINCIPAL PAYMENT SPLIT OUT
  1/07/09   804       25.18      49,397.23               LATE CHARGE ASSESSED
  1/20/09    10       45.35      49,397.23     8/23/08   REGULAR PAYMENT-WITH COMPUTER SPLIT
  1/20/09   912       45.35      49,397.23     8/23/08   INTEREST PAYMENT SPLIT OUT
  1/20/09   885      245.27      49,397.23               ENDING PARTIAL PAY AMOUNT
  1/23/09    10      503.66      49,397.23     8/23/08   REGULAR PAYMENT-WITH COMPUTER SPLIT
  1/23/09   912      314.83      49,397.23     8/23/08   INTEREST PAYMENT SPLIT OUT
  1/23/09   914      188.83      49,208.40     8/23/08   PRINCIPAL PAYMENT SPLIT OUT
  2/09/09   804       25.18      49,208.40               LATE CHARGE ASSESSED
  2/13/09    10       45.35      49,208.40     9/23/08   REGULAR PAYMENT-WITH COMPUTER SPLIT
  2/13/09   912       45.35      49,208.40     9/23/08   INTEREST PAYMENT SPLIT OUT
  2/13/09   885      290.62      49,208.40               ENDING PARTIAL PAY AMOUNT
  2/17/09     4      553.96      49,208.40     9/23/08   DECREASE LATE CHARGES ASSESSED
  2/20/09    10      503.66      49,208.40     9/23/08   REGULAR PAYMENT-WITH COMPUTER SPLIT
  2/20/09   912      289.54      49,208.40     9/23/08   INTEREST PAYMENT SPLIT OUT
  2/20/09   914      214.12      48,994.28     9/23/08   PRINCIPAL PAYMENT SPLIT OUT
  3/13/09    10       45.35      48,994.28    10/23/08   REGULAR PAYMENT-WITH COMPUTER SPLIT
  3/13/09   912       45.35      48,994.28    10/23/08   INTEREST PAYMENT SPLIT OUT
  3/13/09   885      335.97      48,994.28               ENDING PARTIAL PAY AMOUNT
```

```
First State Bank                       -LOAN HISTORY RECORD-         LN3650
11/08/12                   --REQUEST--                    PAGE   3


LOAN#-    1013575    MADE- 3/23/07   AMT-    50000.00   CALRP-1EA
TERM-180 PMTS-    414.81 RATE-  3.7500                  OFF-MAK
---------------------------------------------------------------------
  POSTED   T/C      AMOUNT      BALANCE      DUE FOR
  4/03/09   10      503.66     48,994.28    10/23/08   REGULAR PAYMENT-WITH COMPUTER SPLIT
  4/03/09  912      454.80     48,994.28    10/23/08   INTEREST PAYMENT SPLIT OUT
  4/03/09  914       48.86     48,945.42    10/23/08   PRINCIPAL PAYMENT SPLIT OUT
  4/17/09   10       45.35     48,945.42    11/23/08   REGULAR PAYMENT-WITH COMPUTER SPLIT
  4/17/09  912       45.35     48,945.42    11/23/08   INTEREST PAYMENT SPLIT OUT
  4/17/09  885      381.32     48,945.42               ENDING PARTIAL PAY AMOUNT
  5/01/09   10      503.66     48,945.42    11/23/08   REGULAR PAYMENT-WITH COMPUTER SPLIT
  5/01/09  912      287.76     48,945.42    11/23/08   INTEREST PAYMENT SPLIT OUT
  5/01/09  914      215.90     48,729.52    11/23/08   PRINCIPAL PAYMENT SPLIT OUT
  5/15/09   10       45.35     48,729.52    12/23/08   REGULAR PAYMENT-WITH COMPUTER SPLIT
  5/15/09  912       45.35     48,729.52    12/23/08   INTEREST PAYMENT SPLIT OUT
  5/15/09  885      426.67     48,729.52               ENDING PARTIAL PAY AMOUNT
  6/12/09   10      503.66     48,729.52    12/23/08   REGULAR PAYMENT-WITH COMPUTER SPLIT
  6/12/09  912      452.09     48,729.52    12/23/08   INTEREST PAYMENT SPLIT OUT
  6/12/09  914       51.57     48,677.95    12/23/08   PRINCIPAL PAYMENT SPLIT OUT
  6/15/09   10       45.35     48,677.95     1/23/09   REGULAR PAYMENT-WITH COMPUTER SPLIT
  6/15/09  912       35.50     48,677.95     1/23/09   INTEREST PAYMENT SPLIT OUT
  6/15/09  914        9.85     48,668.10     1/23/09   PRINCIPAL PAYMENT SPLIT OUT
  6/15/09  885      472.02     48,668.10               ENDING PARTIAL PAY AMOUNT
  7/23/09   10      185.80     48,668.10     1/23/09   REGULAR PAYMENT-WITH COMPUTER SPLIT
  7/23/09  912      185.80     48,668.10     1/23/09   INTEREST PAYMENT SPLIT OUT
  7/23/09  885      154.16     48,668.10               ENDING PARTIAL PAY AMOUNT
  7/24/09   10      503.66     48,668.10     2/23/09   REGULAR PAYMENT-WITH COMPUTER SPLIT
  7/24/09  912      275.53     48,668.10     2/23/09   INTEREST PAYMENT SPLIT OUT
  7/24/09  914      228.13     48,439.97     2/23/09   PRINCIPAL PAYMENT SPLIT OUT
  8/19/09   10       45.35     48,439.97     3/23/09   REGULAR PAYMENT-WITH COMPUTER SPLIT
  8/19/09  912       45.35     48,439.97     3/23/09   INTEREST PAYMENT SPLIT OUT
  8/19/09  885      199.51     48,439.97               ENDING PARTIAL PAY AMOUNT
  9/03/09   10      503.66     48,439.97     3/23/09   REGULAR PAYMENT-WITH COMPUTER SPLIT
  9/03/09  912      437.37     48,439.97     3/23/09   INTEREST PAYMENT SPLIT OUT
  9/03/09  914       66.29     48,373.68     3/23/09   PRINCIPAL PAYMENT SPLIT OUT
  9/17/09   10       45.35     48,373.68     4/23/09   REGULAR PAYMENT-WITH COMPUTER SPLIT
  9/17/09  912       45.35     48,373.68     4/23/09   INTEREST PAYMENT SPLIT OUT
  9/17/09  885      244.86     48,373.68               ENDING PARTIAL PAY AMOUNT
 10/13/09   10       44.90     48,373.68     4/23/09   REGULAR PAYMENT-WITH COMPUTER SPLIT
 10/13/09  912       44.90     48,373.68     4/23/09   INTEREST PAYMENT SPLIT OUT
 10/13/09  885      289.76     48,373.68               ENDING PARTIAL PAY AMOUNT
 10/15/09   10      503.66     48,373.68     4/23/09   REGULAR PAYMENT-WITH COMPUTER SPLIT
 10/15/09  912      403.56     48,373.68     4/23/09   INTEREST PAYMENT SPLIT OUT
 10/15/09  914      100.10     48,273.58     4/23/09   PRINCIPAL PAYMENT SPLIT OUT
 10/30/09   10      503.66     48,273.58     5/23/09   REGULAR PAYMENT-WITH COMPUTER SPLIT
 10/30/09  912      176.00     48,273.58     5/23/09   INTEREST PAYMENT SPLIT OUT
 10/30/09  914      327.66     47,945.92     5/23/09   PRINCIPAL PAYMENT SPLIT OUT
 11/19/09   10       44.90     47,945.92     6/23/09   REGULAR PAYMENT-WITH COMPUTER SPLIT
 11/19/09  912       44.90     47,945.92     6/23/09   INTEREST PAYMENT SPLIT OUT
 11/19/09  885      334.66     47,945.92               ENDING PARTIAL PAY AMOUNT
 12/11/09   10      503.66     47,945.92     6/23/09   REGULAR PAYMENT-WITH COMPUTER SPLIT
 12/11/09  912      444.55     47,945.92     6/23/09   INTEREST PAYMENT SPLIT OUT
 12/11/09  914       59.11     47,886.81     6/23/09   PRINCIPAL PAYMENT SPLIT OUT
 12/16/09   10       44.90     47,886.81     7/23/09   REGULAR PAYMENT-WITH COMPUTER SPLIT
 12/16/09  912       44.90     47,886.81     7/23/09   INTEREST PAYMENT SPLIT OUT
 12/16/09  885      379.56     47,886.81               ENDING PARTIAL PAY AMOUNT
```

```
First State Bank              -LOAN HISTORY RECORD-              LN3650
11/08/12                         --REQUEST--                   PAGE   4


LOAN#-   1013575    MADE- 3/23/07   AMT-    50000.00  CALRP-1EA
TERM-180 PMTS-     414.81 RATE-  3.7500                 OFF-MAK
-----------------------------------------------------------------
  POSTED  T/C      AMOUNT      BALANCE     DUE FOR
  1/13/10  10       44.90     47,886.81    7/23/09   REGULAR PAYMENT-WITH COMPUTER SPLIT
  1/13/10 912       44.90     47,886.81    7/23/09   INTEREST PAYMENT SPLIT OUT
  1/13/10 885      424.46     47,886.81             ENDING PARTIAL PAY AMOUNT
  1/22/10  10      503.66     47,886.81    7/23/09   REGULAR PAYMENT-WITH COMPUTER SPLIT
  1/22/10 912      399.04     47,886.81    7/23/09   INTEREST PAYMENT SPLIT OUT
  1/22/10 914      104.62     47,782.19    7/23/09   PRINCIPAL PAYMENT SPLIT OUT
  2/19/10  10       44.90     47,782.19    8/23/09   REGULAR PAYMENT-WITH COMPUTER SPLIT
  2/19/10 912       44.90     47,782.19    8/23/09   INTEREST PAYMENT SPLIT OUT
  2/19/10 885      469.36     47,782.19             ENDING PARTIAL PAY AMOUNT
  3/17/10  10       44.90     47,782.19    8/23/09   REGULAR PAYMENT-WITH COMPUTER SPLIT
  3/17/10 912       44.90     47,782.19    8/23/09   INTEREST PAYMENT SPLIT OUT
  3/17/10 885       10.60     47,782.19             ENDING PARTIAL PAY AMOUNT
  3/18/10  10      503.66     47,782.19    9/23/09   REGULAR PAYMENT-WITH COMPUTER SPLIT
  3/18/10 912      503.66     47,782.19    9/23/09   INTEREST PAYMENT SPLIT OUT
  3/23/10 889        8.7500       3.7500  RATE CHG
  4/14/10  10       44.91     47,782.19   10/23/09   REGULAR PAYMENT-WITH COMPUTER SPLIT
  4/14/10 912       44.91     47,782.19   10/23/09   INTEREST PAYMENT SPLIT OUT
  4/14/10 885       55.51     47,782.19             ENDING PARTIAL PAY AMOUNT
  5/14/10  10      503.66     47,782.19   10/23/09   REGULAR PAYMENT-WITH COMPUTER SPLIT
  5/14/10 912      317.28     47,782.19   10/23/09   INTEREST PAYMENT SPLIT OUT
  5/14/10 914      186.38     47,595.81   10/23/09   PRINCIPAL PAYMENT SPLIT OUT
  5/19/10  10       44.90     47,595.81   11/23/09   REGULAR PAYMENT-WITH COMPUTER SPLIT
  5/19/10 912       24.79     47,595.81   11/23/09   INTEREST PAYMENT SPLIT OUT
  5/19/10 914       20.11     47,575.70   11/23/09   PRINCIPAL PAYMENT SPLIT OUT
  5/19/10 885      100.41     47,575.70             ENDING PARTIAL PAY AMOUNT
  6/16/10  10       44.91     47,575.70   11/23/09   REGULAR PAYMENT-WITH COMPUTER SPLIT
  6/16/10 912       44.91     47,575.70   11/23/09   INTEREST PAYMENT SPLIT OUT
  6/16/10 885      145.32     47,575.70             ENDING PARTIAL PAY AMOUNT
  7/09/10  10      505.00     47,575.70   11/23/09   REGULAR PAYMENT-WITH COMPUTER SPLIT
  7/09/10 912      207.83     47,575.70   11/23/09   INTEREST PAYMENT SPLIT OUT
  7/09/10 914      297.17     47,278.53   11/23/09   PRINCIPAL PAYMENT SPLIT OUT
  7/09/10 885      146.66     47,278.53             ENDING PARTIAL PAY AMOUNT
  7/14/10  10       46.54     47,278.53   12/23/09   REGULAR PAYMENT-WITH COMPUTER SPLIT
  7/14/10 912       24.63     47,278.53   12/23/09   INTEREST PAYMENT SPLIT OUT
  7/14/10 914       21.91     47,256.62   12/23/09   PRINCIPAL PAYMENT SPLIT OUT
  7/14/10 885      193.20     47,256.62             ENDING PARTIAL PAY AMOUNT
  8/18/10  10      188.18     47,256.62   12/23/09   REGULAR PAYMENT-WITH COMPUTER SPLIT
  8/18/10 912      172.29     47,256.62   12/23/09   INTEREST PAYMENT SPLIT OUT
  8/18/10 914       15.89     47,240.73   12/23/09   PRINCIPAL PAYMENT SPLIT OUT
  8/18/10 885      381.38     47,240.73             ENDING PARTIAL PAY AMOUNT
  9/03/10  10      505.00     47,240.73   12/23/09   REGULAR PAYMENT-WITH COMPUTER SPLIT
  9/03/10 912       78.73     47,240.73   12/23/09   INTEREST PAYMENT SPLIT OUT
  9/03/10 914      426.27     46,814.46   12/23/09   PRINCIPAL PAYMENT SPLIT OUT
  9/03/10 885      382.72     46,814.46             ENDING PARTIAL PAY AMOUNT
  9/15/10  10       73.28     46,814.46    1/23/10   REGULAR PAYMENT-WITH COMPUTER SPLIT
  9/15/10 912       58.52     46,814.46    1/23/10   INTEREST PAYMENT SPLIT OUT
  9/15/10 914       14.76     46,799.70    1/23/10   PRINCIPAL PAYMENT SPLIT OUT
  9/15/10 885      456.00     46,799.70             ENDING PARTIAL PAY AMOUNT
 10/01/10  10      505.00     46,799.70    1/23/10   REGULAR PAYMENT-WITH COMPUTER SPLIT
 10/01/10 912       78.00     46,799.70    1/23/10   INTEREST PAYMENT SPLIT OUT
 10/01/10 914      427.00     46,372.70    1/23/10   PRINCIPAL PAYMENT SPLIT OUT
 10/01/10 885      457.34     46,372.70             ENDING PARTIAL PAY AMOUNT
```

```
First State Bank                 -LOAN HISTORY RECORD-              LN3650
11/08/12                              --REQUEST--                    PAGE  5


LOAN#-   1013575    MADE- 3/23/07   AMT-    50000.00   CALRP-1EA
TERM-180 PMTS-      414.81 RATE-  3.7500                 OFF-MAK
-------------------------------------------------------------------------
  POSTED   T/C      AMOUNT       BALANCE      DUE FOR
 10/14/10   10        29.62      46,372.70    2/23/10   REGULAR PAYMENT-WITH COMPUTER SPLIT
 10/14/10  912        29.62      46,372.70    2/23/10   INTEREST PAYMENT SPLIT OUT
 11/12/10   10       505.00      46,372.70    3/23/10   REGULAR PAYMENT-WITH COMPUTER SPLIT
 11/12/10  912       173.26      46,372.70    3/23/10   INTEREST PAYMENT SPLIT OUT
 11/12/10  914       331.74      46,040.96    3/23/10   PRINCIPAL PAYMENT SPLIT OUT
 11/12/10  880       414.81      46,040.96              PAYMENT AMOUNT
 11/12/10  885         1.34      46,040.96              ENDING PARTIAL PAY AMOUNT
 12/10/10   10       505.00      46,040.96    4/23/10   REGULAR PAYMENT-WITH COMPUTER SPLIT
 12/10/10  912       134.28      46,040.96    4/23/10   INTEREST PAYMENT SPLIT OUT
 12/10/10  914       370.72      45,670.24    4/23/10   PRINCIPAL PAYMENT SPLIT OUT
 12/10/10  885        91.53      45,670.24              ENDING PARTIAL PAY AMOUNT
  1/07/11   10       505.00      45,670.24    5/23/10   REGULAR PAYMENT-WITH COMPUTER SPLIT
  1/07/11  912       133.21      45,670.24    5/23/10   INTEREST PAYMENT SPLIT OUT
  1/07/11  914       371.79      45,298.45    5/23/10   PRINCIPAL PAYMENT SPLIT OUT
  1/07/11  885       181.72      45,298.45              ENDING PARTIAL PAY AMOUNT
  2/04/11   10       505.00      45,298.45    6/23/10   REGULAR PAYMENT-WITH COMPUTER SPLIT
  2/04/11  912       132.12      45,298.45    6/23/10   INTEREST PAYMENT SPLIT OUT
  2/04/11  914       372.88      44,925.57    6/23/10   PRINCIPAL PAYMENT SPLIT OUT
  2/04/11  885       271.91      44,925.57              ENDING PARTIAL PAY AMOUNT
  3/04/11   10       505.00      44,925.57    7/23/10   REGULAR PAYMENT-WITH COMPUTER SPLIT
  3/04/11  912       131.03      44,925.57    7/23/10   INTEREST PAYMENT SPLIT OUT
  3/04/11  914       373.97      44,551.60    7/23/10   PRINCIPAL PAYMENT SPLIT OUT
  3/04/11  885       362.10      44,551.60              ENDING PARTIAL PAY AMOUNT
  4/15/11   10       505.00      44,551.60    8/23/10   REGULAR PAYMENT-WITH COMPUTER SPLIT
  4/15/11  912       194.92      44,551.60    8/23/10   INTEREST PAYMENT SPLIT OUT
  4/15/11  914       310.08      44,241.52    8/23/10   PRINCIPAL PAYMENT SPLIT OUT
  4/15/11  885        37.48      44,241.52              ENDING PARTIAL PAY AMOUNT
  6/08/11   10       505.00      44,241.52   10/23/10   REGULAR PAYMENT-WITH COMPUTER SPLIT
  6/08/11  912       248.85      44,241.52   10/23/10   INTEREST PAYMENT SPLIT OUT
  6/08/11  914       256.15      43,985.37   10/23/10   PRINCIPAL PAYMENT SPLIT OUT
  6/08/11  885       127.67      43,985.37              ENDING PARTIAL PAY AMOUNT
  7/07/11   10       505.00      43,985.37   11/23/10   REGULAR PAYMENT-WITH COMPUTER SPLIT
  7/07/11  912       132.88      43,985.37   11/23/10   INTEREST PAYMENT SPLIT OUT
  7/07/11  914       372.12      43,613.25   11/23/10   PRINCIPAL PAYMENT SPLIT OUT
  7/07/11  885       217.86      43,613.25              ENDING PARTIAL PAY AMOUNT
  8/19/11   10       505.00      43,613.25   12/23/10   REGULAR PAYMENT-WITH COMPUTER SPLIT
  8/19/11  912       195.35      43,613.25   12/23/10   INTEREST PAYMENT SPLIT OUT
  8/19/11  914       309.65      43,303.60   12/23/10   PRINCIPAL PAYMENT SPLIT OUT
  8/19/11  885       308.05      43,303.60              ENDING PARTIAL PAY AMOUNT
  9/30/11   10       505.00      43,303.60    1/23/11   REGULAR PAYMENT-WITH COMPUTER SPLIT
  9/30/11  912       189.45      43,303.60    1/23/11   INTEREST PAYMENT SPLIT OUT
  9/30/11  914       315.55      42,988.05    1/23/11   PRINCIPAL PAYMENT SPLIT OUT
 11/10/11   10       200.00      42,988.05    3/23/11   REGULAR PAYMENT-WITH COMPUTER SPLIT
 11/10/11  912       183.60      42,988.05    3/23/11   INTEREST PAYMENT SPLIT OUT
 11/10/11  914        16.40      42,971.65    3/23/11   PRINCIPAL PAYMENT SPLIT OUT
 11/10/11  885       200.00      42,971.65              ENDING PARTIAL PAY AMOUNT
 11/23/11   10       205.00      42,971.65    3/23/11   REGULAR PAYMENT-WITH COMPUTER SPLIT
 11/23/11  912        58.19      42,971.65    3/23/11   INTEREST PAYMENT SPLIT OUT
 11/23/11  914       146.81      42,824.84    3/23/11   PRINCIPAL PAYMENT SPLIT OUT
 12/08/11   10       100.00      42,824.84    4/23/11   REGULAR PAYMENT-WITH COMPUTER SPLIT
 12/08/11  912        66.91      42,824.84    4/23/11   INTEREST PAYMENT SPLIT OUT
 12/08/11  914        33.09      42,791.75    4/23/11   PRINCIPAL PAYMENT SPLIT OUT
```

```
First State Bank                 -LOAN HISTORY RECORD-         LN1650
11/08/12                     --REQUEST--                    PAGE   6


LOAN#-    1013575    MADE- 3/23/07  AMT-    50000.00  CALRP-1EA
TERM-180 PMTS-    414.81 RATE-  3.7500                OFF-MAK
-----------------------------------------------------------------
   POSTED    T/C        AMOUNT      BALANCE      DUE FOR
  12/08/11   885        100.00     42,791.75               ENDING PARTIAL PAY AMOUNT
  12/22/11    10        505.00     42,791.75     4/23/11   REGULAR PAYMENT-WITH COMPUTER SPLIT
  12/22/11   912         62.40     42,791.75     4/23/11   INTEREST PAYMENT SPLIT OUT
  12/22/11   914        442.60     42,349.15     4/23/11   PRINCIPAL PAYMENT SPLIT OUT
  12/22/11   885        190.19     42,349.15               ENDING PARTIAL PAY AMOUNT
   1/19/12    10        505.00     42,349.15     5/23/11   REGULAR PAYMENT-WITH COMPUTER SPLIT
   1/19/12   912        123.52     42,349.15     5/23/11   INTEREST PAYMENT SPLIT OUT
   1/19/12   914        381.48     41,967.67     5/23/11   PRINCIPAL PAYMENT SPLIT OUT
   1/19/12   885        280.38     41,967.67               ENDING PARTIAL PAY AMOUNT
   2/16/12    10        505.00     41,967.67     6/23/11   REGULAR PAYMENT-WITH COMPUTER SPLIT
   2/16/12   912        122.41     41,967.67     6/23/11   INTEREST PAYMENT SPLIT OUT
   2/16/12   914        382.59     41,585.08     6/23/11   PRINCIPAL PAYMENT SPLIT OUT
   2/16/12   885        370.57     41,585.08               ENDING PARTIAL PAY AMOUNT
   3/15/12    10        505.00     41,585.08     7/23/11   REGULAR PAYMENT-WITH COMPUTER SPLIT
   3/15/12   912        121.29     41,585.08     7/23/11   INTEREST PAYMENT SPLIT OUT
   3/15/12   914        383.71     41,201.37     7/23/11   PRINCIPAL PAYMENT SPLIT OUT
   3/15/12   885         45.95     41,201.37               ENDING PARTIAL PAY AMOUNT
   4/12/12    10        505.00     41,201.37     9/23/11   REGULAR PAYMENT-WITH COMPUTER SPLIT
   4/12/12   912        120.17     41,201.37     9/23/11   INTEREST PAYMENT SPLIT OUT
   4/12/12   914        384.83     40,816.54     9/23/11   PRINCIPAL PAYMENT SPLIT OUT
   4/12/12   885        136.14     40,816.54               ENDING PARTIAL PAY AMOUNT
   5/10/12    10        505.00     40,816.54    10/23/11   REGULAR PAYMENT-WITH COMPUTER SPLIT
   5/10/12   912        119.05     40,816.54    10/23/11   INTEREST PAYMENT SPLIT OUT
   5/10/12   914        385.95     40,430.59    10/23/11   PRINCIPAL PAYMENT SPLIT OUT
   5/10/12   885        226.33     40,430.59               ENDING PARTIAL PAY AMOUNT
   6/21/12    10        505.00     40,430.59    11/23/11   REGULAR PAYMENT-WITH COMPUTER SPLIT
   6/21/12   912        176.88     40,430.59    11/23/11   INTEREST PAYMENT SPLIT OUT
   6/21/12   914        328.12     40,102.47    11/23/11   PRINCIPAL PAYMENT SPLIT OUT
   6/21/12   885        316.52     40,102.47               ENDING PARTIAL PAY AMOUNT
   8/03/12    10        505.00     40,102.47    12/23/11   REGULAR PAYMENT-WITH COMPUTER SPLIT
   8/03/12   912        179.63     40,102.47    12/23/11   INTEREST PAYMENT SPLIT OUT
   8/03/12   914        325.37     39,777.10    12/23/11   PRINCIPAL PAYMENT SPLIT OUT
   9/13/12    10        505.00     39,777.10     2/23/12   REGULAR PAYMENT-WITH COMPUTER SPLIT
   9/13/12   912        169.88     39,777.10     2/23/12   INTEREST PAYMENT SPLIT OUT
   9/13/12   914        335.12     39,441.98     2/23/12   PRINCIPAL PAYMENT SPLIT OUT
   9/13/12   885         90.19     39,441.98               ENDING PARTIAL PAY AMOUNT
  10/24/12    10        505.00     39,441.98     3/23/12   REGULAR PAYMENT-WITH COMPUTER SPLIT
  10/24/12   912        168.45     39,441.98     3/23/12   INTEREST PAYMENT SPLIT OUT
  10/24/12   914        336.55     39,105.43     3/23/12   PRINCIPAL PAYMENT SPLIT OUT
  10/24/12   885        180.38     39,105.43               ENDING PARTIAL PAY AMOUNT
           CURRENT BALANCE         39,105.43


              ---LIFE TO DATE---      ---YEAR TO DATE---
PRN CREDIT      10,894.57    49          3,243.72     9
INTEREST        17,456.75    80          1,301.28     9
PRIN DEBIT      50,000.00     1               .00
LATE CHGS             .00                     .00
ESCROW                .00                     .00
OTHER DR              .00                     .00
OTHER CR              .00                     .00
CL DEBITS             .00                     .00
CL CREDITS            .00                     .00
```